IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-172-BO

| | | |
|---|---|---|
| WILLIAM DOUGLAS PARKER, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CONAN R. MCCLAIN, | ) | |
| | ) | |
| Appellee. | ) | |

This cause comes before the Court following the parties' submission of a joint status report regarding the status of the ongoing bankruptcy proceeding. The parties submit that substantive related issues remain for determination by the bankruptcy court, and the parties' position is that this appeal would be more efficiently and justly resolved in combination with any appeal from a resolution of the issues which remain before the bankruptcy court. In light of this, the Court will STAY this proceeding and the clerk is DIRECTED to remove this case from the Court's active docket. The parties shall notify the Court when it is appropriate to proceed with this appeal.

SO ORDERED, this **5** day of February, 2018.


TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE