IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00172-BR
No. 5:19-CV-00503-BR
No. 5:19-CV-00518-BR

| | | |
|---|---|---|
| WILLIAM D. PARKER, JR., and, | ) | |
| DIANA L. PARKER, | ) | |
| | ) | |
| *Appellants,* | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CONAN R. MCCLAIN, | ) | |
| | ) | |
| *Appellee.* | ) | |

This matter is before the court on the parties' motion to consolidate the above-referenced cases. For good cause shown, the motion is ALLOWED. These cases are hereby consolidated. The Clerk is DIRECTED to administratively close case nos. 5:17-CV-00172-BR and 5:19-CV-00503-BR. All future filings shall be in case no. 5:19-CV-00518-BR ONLY. Debtors William D. Parker, Jr. and Diana L. Parker shall be the Appellants and Cross-Appellees and Conan R. McClain shall be the Appellee and Cross-Appellant for the purpose of this consolidated appeal. All appellate deadlines shall be scheduled accordingly.

This 24 January 2020.

_____
W. Earl Britt
Senior U.S. District Judge